COMMONWEALTH *vs.* WARREN DeMARS. January 6, 1998. *Practice, Criminal,* Conduct of prosecutor.

For the reasons stated by the Appeals Court the defendant's convictions must be reversed. See *Commonwealth* v. *DeMars,* 42 Mass. App. Ct. 788 (1997). This matter is remanded to the Superior Court for further proceedings.

*So ordered.*

*Lori K. Odierna,* Assistant District Attorney, for the Commonwealth.

*Jane Larmon White,* Committee for Public Counsel Services, for the defendant.